# Third District Court of Appeal

## State of Florida

Opinion filed September 30, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-799
Lower Tribunal No. 18-8056
_____

**Karen Haas, et al.,**
Appellants,

vs.

**Allegheny Casualty Company, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Guzman, Judge.

Dutton Law Group PA, and Sheridan K. Weissenborn; Law Offices of Karen J. Haas, and Karen J. Haas; Law Offices of Mark A. Dienstag, and Mark A. Dienstag, for appellants.

Buchanan Ingersoll & Rooney PC, and Jennifer Olmedo-Rodriguez, Sandra Ramirez and Chance Lyman (Tampa), for appellee Allegheny Casualty Company.

Before HENDON, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.